UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| HIDALGO MINING CORP., <br><br> Plaintiff, <br> v. <br><br> JPMORGAN CHASE & CO., <br><br> Defendant. | Case No. 9:21-cv-81827 <br><br> Hon. Donald M. Middlebrooks |

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED between Hidalgo Mining Corp. ("Hidalgo") and JPMorgan Chase & Co. ("JPMorgan") that all of Hidalgo's claims against JPMorgan are hereby dismissed with prejudice in the above-captioned action, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, without interest to any party and with each party to bear its own attorneys' fees and costs.

Dated: March 11, 2022                                Respectfully submitted,

/s/ J. Chris Bristow
J. Chris Bristow
CRITTON, LUTTIER & COLEMAN LLP
303 Banyan Blvd.
Suite 400
West Palm Beach, F.L.  33401
Tel:  (561) 842-2820
Fax:  (561) 253-0164
JCBristow@lawclc.com

*Counsel for Plaintiff*
*Hidalgo Mining Corp.*

/s/ Jay Kim
Jay Kim
KIM VAUGHAN LERNER LLP
312 SE 17th Street, Suite 300
Fort Lauderdale, F.L.  33316
Telephone:  (954) 527-1115
Facsimile:   (954) 527-1116
jkim@kvllaw.com

Robert A. Sacks (*pro hac vice*)
SULLIVAN & CROMWELL LLP
1888 Century Park East
Los Angeles, California 90067
Telephone:  (310) 712-6600
Facsimile:   (310) 712-8800
sacksr@sullcrom.com

Amanda F. Davidoff (*pro hac vice*)
SULLIVAN & CROMWELL LLP
1700 New York Avenue, N.W., Suite 700
Washington, D.C. 20006
Telephone:  (202) 956-7500
Facsimile:   (202) 293-6330
davidoffa@sullcrom.com

Akash M. Toprani (*pro hac vice*)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone:  (212) 558-4776
Facsimile:   (212) 291-9634
toprania@sullcrom.com

Alexis C. Holmes (*pro hac vice*)
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California 94303
Telephone:  (650) 461-5600
Facsimile:   (650) 461-5700
holmesa@sullcrom.com

*Counsel for defendant JPMorgan Chase & Co.*